2

Richard Gibson (State Bar No. 111535)
**GIBSON LAW PC**
21031 Ventura Blvd., Suite: 1006
Woodland Hills, CA 91364
Tel. 818-716-7950
Fax 818-716-7995
E-mail: Rick@GibsonLawLA.com

Attorney for R.K. Best, Inc.

FILED
OCT 10 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# U.S. DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>R. K. BEST, INC.<br><br><br><br>    Debtor. | **CHAPTER 11**<br>**CASE#: 1:13-CU-01383-AWI**<br><br><br><br>**REQUEST TO DISMISS APPEAL** |
| UCB BEST INN, LLC<br><br>    Movant<br><br>    vs.<br><br>R.K BEST, INC.<br><br>    Respondent | |

1

REQUEST TO DISMISS APPEAL

1    R.K. Best Inc., Chapter 11 debtor and debtor-in-possession herein hereby requests a

2    dismissal of the above referenced appeal.

GIBSON LAW, PC

DATE: October 2, 2013        By: _____

Richard H. Gibson
Attorney for R.K. Best, Inc.

It is so Ordered. Dated: *10-9-13*

_____
United States District Judge

REQUEST TO DISMISS APPEAL

# Proof of Service

(CCP ' 1013A)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: **21031 Ventura Blvd, Suite 1006, Woodland Hills, CA 91364**

On Wednesday, October 2, 2013, I served the foregoing documents described as: **Request to Dismiss Appeal** on the interested party in this action by placing the true copies thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Robin Tubesing<br>United States Department of Justice<br>Office of the United States Trustee<br>2500 Tulare Street, Suite: 1401<br>Fresno, CA 93721 | Robert P. Goe<br>GOE & FORSYTHE, LLP<br>18101 Von Karmen Avenue<br>Suite: 510<br>Irvine, CA 92612 |

☑ **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid on Wednesday, October 2, 2013

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **BY FACSIMILE:** I transmitted to **ROBERT P. GOE** at facsimile number **949-955-9437** a copy of the foregoing document on the interested party in this action pursuant to C.R.C. Rule 2009(b). The facsimile machine I used complied with Rule 2003(3) and no error was reported.

☐ **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by email, I electronically mailed a true and correct copy to the email address(es) set forth:

☐ **BY OVERNIGHT DELIVERY:** I enclosed the document(s) in an envelope(s) or package(s) provided by Federal Express and addressed to the interested party in this action. I placed the envelope(s) or package(s) for collection at an office or regularly utilized drop box of the overnight delivery carrier.

☐ **BY PERSONAL SERVICE:** I caused such document(s) to be delivered to the person(s) of the addressee(s) at:

☐ **STATE** – I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

☑ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that, under penalty of perjury under the laws of the United States of America, the above is true and correct.

Executed on Wednesday, October 2, 2013 at Los Angeles, California.

BY: _____
Kristi M. Jones